**Jasper Lloyd DOCKERY,**
**Plaintiff–Appellant,**

v.

**PRINCE GEORGE'S COUNTY COMMISSIONER; The Highest Official of Its Bureau of Child Social Services; Karen Lynch; Theresa Dabulis; Churchill Cowell; May Catterton; Brenda Dodson; Ruth Joyner, Defendants–Appellees.**

No. 02–1259.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Jasper Lloyd Dockery, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Carol Ann Smith, Office of the Attorney General of Maryland, Baltimore Maryland, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Jasper Lloyd Dockery appeals the district court's order denying his Fed. R.Civ.P. 59(e) motion seeking reconsideration of the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Dockery v. Prince George's County Comm'r,* No. CA–00–3548–PJM (D. Md. filed Jan. 29, 2002 & entered Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*